PROB 12B
(7/93)

Report Date: February 21, 2006

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 22 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Tyler Ross Severn            Case Number: 2:05CR00215-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 07/13/2005          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Transport an Undocumented Alien Within the United States for Private Financial Gain by Means of a Motor Vvehicle, 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(I)

Date Supervision Commenced: 07/13/2005

Original Sentence: Prison - 6 months; TSR - 36 months

Date Supervision Expires: 07/12/2008

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a community corrections center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

### CAUSE

**Special Condition:** You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

**Supporting Evidence Violation #6:** Mr. Severn is considered in violation of his supervised release by failing to appear for mental health appointments on February 1, 8, and 15, 2006.

On January 5, 2006, Mr. Severn requested that his mental health treatment with Tom Stebbins be reinstated. Since that time, Mr. Severn has missed three mental health sessions with Mr. Stebbins. According to Mr. Stebbins, for some of these appointments, Mr. Severn had been given a reminder telephone call the day before, but still failed to show or call to advise of his intentions of not showing. The last missed appointment, February 15, 2006, was partially due to this offender being placed on restriction in treatment because of insolence with treatment staff. Mr. Severn could have contacted the probation office or Mr. Stebbins to advise that he would not be appearing for his scheduled appointment.

In addition to Mr. Severn failing to appear for the required mental health appointments with Mr. Stebbins, he has also experienced recent difficulty in adhering to the rules and regulations of inpatient treatment at Sun Ray Court. According to Mr. Severn's counselor at Sun Ray Court, the offender failed to follow staff directives, which lead to verbal confrontations. A recent verbal confrontation led to Mr. Severn being restricted to not being able to leave the inpatient treatment center until staff can determine whether he will be continued or unsuccessfully discharged from the program.

The probation office met with Mr. Severn on February 16, 2006, and he agreed to be placed at a community corrections center upon his scheduled completion date from Sun Ray Court on March 7, 2006. Mr. Severn's substance abuse counselor at Sun Ray Court advised he agrees with probation that a community corrections center may provide the structure which will contribute toward assisting in this offender's sobriety.

A supervise release hearing is scheduled on March 20, 2006, at 9:00 a.m. to address violations 1-5. It is requested the Court also consider addressing the aforementioned violation at that time.

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: February 21, 2006

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/22/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

     You shall reside in a community corrections center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

Witness: _____  Signed: _____
            Missy K. Kolbe                        Tyler Ross Severn
       U.S. Probation Officer              Probationer or Supervised Releasee

                    February 16, 2006
                           Date