PROB 12B
(7/93)

Report Date: September 2, 2008

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 3 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Tyler Ross Severn | Case Number: 2:05CR00215-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen | |
| Date of Original Sentence: 07/13/2005 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Transport an Undocumented Alien Within the Unites States, 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(b) (I) | Date Supervision Commenced: 08/31/2007 |
| Original Sentence: Prison - 6 Months; TSR - 36 Months | Date Supervision Expires: 12/30/2009 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On August 12, 2008, the offender's parents informed this officer that they would not be able to have their son reside with them. Mrs. Seven is suffering from breast cancer. As a result, this officer contacted the offender at the Federal Detention Center (FDC) at SeaTac on August 28, 2008, and informed him he would need to sign a "Waiver of Hearing to Modify Conditions of Supervised Release," since he had no viable home to live at upon his release from FDC SeaTac on September 23, 2008. The offender indicated he understood the rationale behind this modification and subsequently agreed to sign the modification for the Bureau of Prison (BOP) residential reentry center (RCC) placement.

Prob 12B
Re: Severn, Tyler Ross
September 2, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-2-08

Brenda J. Kuest
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/3/08

Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18  You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____
Witness

Signed: _____
Tyler Ross Severn
Probationer or Supervised Releasee

_____
8/28/08
Date